UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20940-CIV-ALTONAGA

**NIGEL FRANK DE LA TORRE PARDO**,

    Plaintiff,
v.

**PENNEY OPCO LLC**; *et al.*,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the parties' Joint Notice of Settlement as to Penney Opco LLC [ECF No. 27], filed on May 14, 2024. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 15th day of May, 2024.

                                                                   _____
                                                                   **CECILIA M. ALTONAGA**
                                                                   **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record